615 A.2d 734

Michelle CORTEGUERA

v.

Larry McFARLIN, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1992.

Decided Nov. 16, 1992.

Vincent J. Quinn, Chief Public Defender, for appellant.

Nina B. Shapiro, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.